

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00372-CV

———————————————

IN RE NAUTILUS INSURANCE COMPANY, Relator

———

Original Proceeding
Trial Court No. 048-291812-17

———

Before Kerr, J.; Sudderth, C.J.; and Meier, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, relator's emergency motion for temporary relief, real party in interest's responses, and relator's reply, and is of the opinion that all requested relief should be denied. Accordingly, relator's petition for writ of mandamus, relator's motion for emergency relief, and real party in interest's requests for affirmative relief are denied.

Per Curiam

Delivered: November 29, 2018